1042

No. 95–277. POWER v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 95–279. ATKINS v. OREGON DEPARTMENT OF REVENUE. Sup. Ct. Ore. Certiorari denied.

No. 95–289. WILLIAMS v. UNITED STATES;
No. 95–290. ROSS v. UNITED STATES;
No. 95–6402. LO v. UNITED STATES; and
No. 95–6677. KHALIL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–371. DOUGLAS COUNTY, OREGON v. BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–382. TODD SHIPYARDS CORP. ET AL. v. HOKE ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–394. DROZ v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 95–397. PENNY ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–414. CIG EXPLORATION, INC. v. UTAH STATE TAX COMMISSION ET AL. Sup. Ct. Utah. Certiorari denied.

No. 95–434. EMPLOYERS INSURANCE OF WAUSAU v. BROWNER, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–436. MACH-TECH, LTD. PARTNERSHIP ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 95–448. INTERSTATE BRANDS CORP. v. REICH, SECRETARY OF LABOR. C. A. 7th Cir. Certiorari denied.

No. 95–452. CAMPBELL v. CAMPBELL ET AL. Ct. App. Mo., Western Dist. Certiorari denied.